CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAR 2 0 2007**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |  |
|---|---|---|
| **FREDDIE SHAWN PHILLIPS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:07-cv-00030** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **J. R. STANLEY, et. al.,** | ) | **By: Hon. James C. Turk** |
| **Defendant(s).** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that plaintiff's motion to amend is hereby **GRANTED** and his complaint is hereby supplemented as stated in the motion and his additional submissions (Dkt. No. 5 & 8); but that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This _20th_ day of March, 2007.

Senior United States District Judge